**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**ANGELA AMMONS,**

       **Plaintiff,**

  vs.                                                **Civil Action 2:09-CV-277
Judge Holschuh
Magistrate Judge King**

**COMMISSIONER OF SOCIAL SECURITY,**

       **Defendant.**

<u>**ORDER**</u>

On July 23, 2010, the United States Magistrate Judge issued a *Report and Recommendation* recommending that the decision of the Commissioner be affirmed and that this action be dismissed. *Report and Recommendation,* Doc. No. 18. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. *Id.* There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** The decision of the Commissioner is **AFFIRMED** and this action is hereby **DISMISSED**.

The Clerk shall enter **FINAL JUDGMENT** pursuant to Sentence 4 of 42 U.S.C. §405(g).

Date: August 10, 2010                          **/s/ John D. Holschuh**
                                                               United States District Judge